UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 25-po-98 (EMB)

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DAVID D. WEBSTER,

    Defendant.

**NOTICE OF APPEARANCE**

Please remove the following Assistant United States Attorney to the above-captioned case:

Remove AUSA

Carla J. Baumel

| | |
|---|---|
| Dated: January 7, 2026 | Respectfully submitted, |
| | DANIEL N. ROSEN<br>United States Attorney |
| | *s/Carla J. Baumel*<br>BY: CARLA J. BAUMEL<br>Assistant U.S. Attorney |